■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO BAEZ, Appellant. [614 NYS2d 216] —Appeal by the defendant from two judgments of the Supreme Court, Kings County (Juviler, J.), both rendered April 7, 1993.

Ordered that the judgments are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.